APRIL 16, 1952

**No. 8108.**——*United States* v. *D. Hauser.* Entered at Tampa, Fla. Reap. Dec. 8085. Motion by plaintiff.

APRIL 23, 1952

**No. 8109.**—

—*United States* v. *L. Bamberger & Co.* Entered at Newark, N. J. Reap. Dec. 8081. Motion by appellant.